23332. DEVITT et al., Trustees v. CLOSE et al.

Cook, Justice. The order appealed from in the present case was one refusing to vacate a prior order removing trustees and appointing a new trustee. It was entered while the case was on appeal to this court from a ruling on general demurrer, and prior to the decision by this court holding that the petition did not state a cause of action. *Devitt v. Close,* 221 Ga. 555 (146 SE2d 286). We have on this date decided that the petition as amended failed to state a cause of action. *Devitt v. Close,* ante. The order appealed from in the present case, granting relief under the petition which stated no cause of action, must be

*Reversed. All the Justices concur.*

Argued February 14, 1966—Decided March 10, 1966.

*Cook & Palmour, A. Cecil Palmour,* for appellants.
*Burton Brown,* for appellees.